959 A.2d 907

**Demetrius DOZIER, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 100 EM 2008.**

Supreme Court of Pennsylvania.

Oct. 30, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 30th day of October, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

959 A.2d 907

**Jay GRIFFIN, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 103 EM 2008.**

Supreme Court of Pennsylvania.

Oct. 30, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 30th day of October, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**